UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PACIFIC PRODUCE LLC,

                  Plaintiff,

- against –

HAPAG LLOYD AKTIENGESELLSCHAFT

                  Defendant.

-------------------------------------------------------------X

Index No.: 1:23-cv-07202 (PAC)

**ORDER AND STIPULATION**
**OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs to either party, subject to reopening by either party by letter request within thirty days of entry of this Order should payment not be consummated.

Dated: New York, New York
       March 22, 2024
       708-01

CASEY & BARNETT LLC
Attorneys for Plaintiff

By: _Martin F. Casey_
     Martin F. Casey
     305 Broadway, Suite 1202
     New York, NY 10007
     (212) 286-0225

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant

By: _____
     Wiliam H. Yost
     80 Pine Street, 25th Floor
     New York, NY 10005
     (212) 425-1900

SO ORDERED:

_____   3/25/2024
United States District Judge